```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0099--CR (JWS)
                                "USA V JASMINE DANIELLE HOLLIMON"
                              DEF 1.1 HOLLIMON, JASMINE DANIELLE

                    Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 10/19/05
               Closed: NO
   No. of Defendants: 1
       MJ Case Number:
                  AKA:
      Location status: Released on Bond
           Trial date: 12/28/05
           Terminated: NO
    Needs interpreter: NO
     Counsel of record: Michael D. Dieni
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Retta-Rae Randall
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial



   Counts re: DEF 1.1 HOLLIMON, JASMINE DANIELLE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0099--CR (JWS)
                          "USA V JASMINE DANIELLE HOLLIMON"

                                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/19/05
            Closed: NO
 No. of Defendants: 1


 Document #   Filed      Docket text

      1 -  1 10/19/05   [Re: DEF 1] PLF 1 Indictment.

      2 -  1 10/20/05   [Re: DEF 1] JWS Grand Jury Minutes re: Indt secret; war of arrest to be
                        iss; bail set @ $50,000.00, secured.

   NOTE -  1 11/01/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 10/31/05 @
                        Anchorage.

   NOTE -  2 11/01/05   Notation: Proposed Trial Date Setting Memo for arr to USDJ

      3 -  1 11/01/05   [Re: DEF 1] Return of WOA executed on 10/31/05.

      4 -  1 11/02/05   [Re: DEF 1] Financial Affidavit.

      5 -  1 11/02/05   [Re: DEF 1] JDR Order of Personal Recognizance. cc: USA, FPD, USM, USPO

      6 -  1 11/02/05   [Re: DEF 1] Order setting conditions of release. cc: USA, FPD, USM, USPO

      7 -  1 11/02/05   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                        confer by 11/7/05; PTM's due 11/22/05. cc: USA, FPD

      8 -  1 11/02/05   [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on Indt
                        (held 11/1/05); FPD appointed; Michael Dieni assigned to case; plead NG
                        to Ct 1 of the Indt; bond set at O/R; conds of rls set; def to be
                        released upon court acceptance of third-party custodian; bail hrg re
                        third-party custodian set for 11/02/05 at 4:00 pm.  cc:  USA, FPD, USM,
                        USPO, USDJ

      9 -  1 11/04/05   [Re: DEF 1] JWS Minute Order setting TBJ on 12/28/05 @ 9:00 a.m. & for
                        FPTC on 12/28/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC

     10 -  1 11/07/05   [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Bail Review
                        Hearing (held 11/2/05); Cheryl Ann Creighton approved as third-party
                        custodian.  Orig + 1 cy of Rls Ord to USM following adjournment.

     11 -  1 11/07/05   [Re: DEF 1] AMENDED Order setting conditions of release.  cc:  USA, FPD,
                        USM, USPO

     12 -  1 11/07/05   [Re: DEF 1] Cy of JDR Order of Release. Orig + 1 cy to USM following
                        adjournment.  cc:  USA, FPD, USM, USPO

     13 -  1 11/07/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

     14 -  1 11/14/05   DEF 1 Attorney Appearance of M. Dieni (FPD).

     15 -  1 11/28/05   DEF 1 motion for bail modification.

     15 -  2 11/28/05   DEF 1 motion (request) for bail hearing.


 ACRS: R_RDSDX                As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```