

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 13 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

UNITED STATES OF AMERICA   v.   JASMINE DANIELLE HOLLIMON

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                        CASE NO. A05-0099 CR (JWS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 13, 2005

Defendant's motion for bail hearing, Clerk's Docket No. 15-2, is hereby **GRANTED**. A Bail Review Hearing is hereby set for **Wednesday, December 14, 2005 at 3:00 p.m.** before Magistrate Judge John D. Roberts in Courtroom 6.

cnsl, USPO t/c notified 12/13/05

A05-0099--CR (JWS)     US PROBATION
--------------------            DM 12/13/05
M. DIENI (FPD)
R. RANDALL (AUSA)
US MARSHAL

[]{IA.WPD*Rev.12/96}