**FILED**
DEC 14 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.   <u>JASMINE DANIELLE HOLLIMON</u>

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                    CASE NO. <u>A05-0099-1CR (JWS)</u>

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 14, 2005

**Arraignment** on the Superseding Indictment in the above-captioned case is hereby set for **Friday, December 16, 2005, at 2:30 p.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

cnsl t/c notified 12/14/05

A05-0099--CR (JWS)   US PROBATION   am 12-14-05
--------------------
✓ M. DIENI (FPD)
✓ R. RANDALL (AUSA)
✓ US MARSHAL

[]{ARRAIGNR.WPD*Rev.3/97}                                    20