RECEIVED AFTER 4:30 P.M.

DEC 19 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

TIMOTHY M. BURGESS
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. A05-099 CR (JWS) |
| ) | |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION TO** |
| vs. ) | **CONTINUE TRIAL** |
| ) | |
| JASMINE DANIELLE HOLLIMON, ) | |
| ) | **FILED ON SHORTENED** |
| Defendant. ) | **TIME** |
| ) | |

The United States of America, by and through undersigned counsel, files herein an Unopposed Motion to Continue Trial. The trial of defendant Jasmine Hollimon is set for December 28, 2005. A superseding indictment was filed against the

28A

defendant on December 14, 2005; the superseding indictment includes additional charges against the defendant as well as charging additional defendants who are scheduled to be arraigned on January 19, 2006. A continuance of the trial is requested until after the arraignments of the newly charged co-defendants.

The defense is not opposed to this motion.

RESPECTFULLY submitted this 19th day of December, 2005, at Anchorage, Alaska.

> TIMOTHY M. BURGESS
> United States Attorney
>
> _/s/ Retta-Rae Randall_
> RETTA-RAE RANDALL
> Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 19, 2005, via:

(X) FPD box in the US Attorneys Office

Michael Dieni
Assistant Federal Defender
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501

Executed at Anchorage, Alaska, on December 19, 2005

_Kristen Eckstedt_
Legal Assistant
Office of the U.S. Attorney

TIMOTHY M. BURGESS
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-099 CR (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF** |
| | ) | **RETTA-RAE RANDALL** |
| JASMINE DANIELLE HOLLIMON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

I, RETTA-RAE RANDALL, being first duly sworn upon oath, depose and say:

1. I am the Assistant United States Attorney assigned to this case.

2. All of the representations contained in the attached Government's Unopposed Motion to Continue Trial are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 12/19/05.

RETTA-RAE RANDALL

SUBSCRIBED AND SWORN TO before me this 19th day of December, 2005, Anchorage, Alaska.

OFFICIAL SEAL
State of Alaska
ERIKIA HARMON
NOTARY PUBLIC
My Commission Expires: 8/26/09

Notary Public in and for Alaska
My Commission Expires: 8/26/09