## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,     )
             Plaintiff,       )
                      )    ORDER REGARDING PREPARATION
     vs.                 )           FOR TRIAL
                      )    Case No. A05-0099-01-CR (JWS)

Jasmine Danielle Holliman
                      )
          Defendant(s).    )
                      )
_____ )

     **IT IS HEREBY ORDERED** as follows: If the defendant has not already done so, but intends to consent to proceed before the Magistrate Judge, the defendant shall execute and file the **Consent to Proceed Before the Magistrate Judge** form on or before _____. If the consent form is not timely filed by said date, this case will promptly be assigned to a U.S. District Judge for trial.

     1. On or before the _21_ day of _December_, 20_05_ **counsel for the parties shall meet** and personally confer at an agreed time and place, or if an agreement cannot be reached by counsel, then they shall meet at 1:30 p.m. on the _21_ day of _December_, 20_05_, at the office of counsel for the plaintiff.

     The purpose of the conference will be to accomplish on a mutual, reciprocal and voluntary basis all information and

-1-

discovery which could be obtained by resorting to formal motions under any applicable rule of the Federal Rules of Criminal Procedure, or that has been permitted by a decision of the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, or any United States District Court within the Ninth Circuit; and to openly, meaningfully and candidly discuss the facts, evidence and law pertaining to this case.

**2.  Within 10 days** after the aforementioned conference is held, counsel for plaintiff shall certify to the Court that such a conference was held and the date, time and place of such conference.

**3.** In order to avoid the frequent serious problems which arise as the result of late filed motions in criminal cases; i.e., motions filed immediately before trial, on or before the _____ 3rd day of _December January_, 20 _06_, the parties shall file all appropriate and necessary motions for relief sought under **Rules 7, 12, 13, 14, 15, 16, 17, 17.1 and 41 of the Federal Rules of Criminal Procedure**.

This court's local criminal rules make several of this court's local civil rules applicable where appropriate.  Among them is D.Ak.LR 7.1 pertaining to motion practice. *See* D.Ak.CR 47.1.  That rule contemplates that in the ordinary course of briefing motions there will be a motion, a response and then a reply.  The limited time permitted by the Speedy Trial Act for pretrial preparation has led to the adoption of a custom or practice on the court's criminal docket in which reply memoranda are almost never filed in a criminal case.  **Pursuant to D.Ak.CR 47.1(c), no reply memoranda**

**shall be filed with respect to any motion in this case unless specifically requested by the magistrate judge or the district judge in a subsequent order.**

**4.** That no such motions as noted in paragraph 3 may be filed subsequent to that date without leave of court, and for good cause shown.

**5.** In preparing for trial, counsel shall timely comply with **D.Ak.LR 39.2, 47.1 and 51.1** in a meaningful manner. That trial of this case shall be conducted in accordance with **D.Ak.LR 39.5.**

**6.** In order to comply with the time limits of this Court's **Speedy Trial Plan** for achieving prompt disposition of criminal cases, the parties may expect the above-entitled case to be set for trial at Anchorage, Alaska, within 70 days from the filing date (and making public) of the Information/Indictment, or from the date the defendant has appeared before a judicial officer of this court, whichever date last occurs, subject to excludable periods of time as computed pursuant to said plan.

**7.** Unless otherwise ordered by the Court the time for opposing a pretrial motion listed in paragraph 3, above, shall be five **(5)** days from the date of service upon that party.

DATED this ___16___ day of ___December___, 20_05_

at Anchorage, Alaska.

JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE

(Rev 8/04)