**RECEIVED AFTER 4:30 P.M**

LODGED DEC 19 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED DEC 2 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-099 CR (JWS) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER REGARDING** |
| v. ) | **UNOPPOSED MOTION TO** |
| ) | **CONTINUE TRIAL** |
| JASMINE DANIELLE HOLLIMON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Having considered the unopposed motion filed by the United States to continue the trial in this case, IT IS HEREBY ORDERED that the *Final Pre-Trial Conference and* Trial presently set for December 28, 2005, is VACATED and *will be* RESCHEDULED *upon the appearance of co-defendants.*

IT IS SO ORDERED.

DATED this 20th day of December, 2005, at Anchorage, Alaska.

/s/ _____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

12/20/05 c/c notice: JC

A05-0099--CR (JWS)   12/20/05
- M. DIEMI (FPD)
- R. RANDALL (AUSA)
- US MARSHAL
- US PROBATION
- JURY CLERK
- MAGISTRATE JUDGE ROBERTS

30