Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>   Defendant. | Case No. A05-0099 CR (JWS)<br><br>DEFENDANT HOLLIMON'S MOTION FOR TWO WEEK EXTENSION OF TIME TO FILE PRETRIAL MOTIONS |

Defendant, Jasmine Danielle Hollimon, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an additional two weeks to file pretrial motions.  At present, because the co-defendants will not be arraigned until January 19, 2006, there is no trial date.  The current due date for Ms. Hollimon's motions is January 3.  The new due date would be January 17, 2006.

Undersigned counsel attempted without success to contact AUSA Retta-Rae Randall.  Therefore, the government's position is unknown.

This motion is filed because discovery is ongoing.  As recently as Friday, December 29, 2005, Ms. Hollimon received in discovery approximately 750 pages of

additional business records. On that date, undersigned counsel was out of the office on holiday leave. These documents were received only two business days in advance of the current January 3, 2006, deadline.

An additional two weeks will be necessary to review these items, in conjunction with previously received discovery, in order to ascertain whether there is a need for motion practice.

DATED this 3rd day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 3, 2006, a copy of the foregoing Defendant Hollimon's Motion for Two Week Extension of Time to File Pretrial Motions, with attachments, was served electronically on

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni