UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>        Defendant. | Case No. A05-0099 CR (JWS)<br><br>PROPOSED ORDER EXTENDING MOTIONS DEADLINE BY TWO WEEKS |

      After due consideration of Defendant Hollimon's Motion for Two Week Extension of Time to File Pretrial Motions, for good cause shown, the motion is granted and pretrial motions are now due on or before January 17, 2006.

      DATED this ____ day of January, 2006 in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE