# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. JASMINE DANIELLE HOLLIMON

Case No. *A05-099-01 CR (JWS)*
***3:05-cr-00099-01-JWS-JDR***

### THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

## MINUTE ORDER FROM CHAMBERS

### RE:  Defendant's Motion to Extend Pretrial Motions Deadline, Docket No. 53

Defendant Hollimon's motion to extend the pretrial motions deadline in this case filed at Docket No. 53, is hereby **GRANTED.**  Accordingly, pretrial motions deadline for defendant Hollimon is hereby extended to January 17, 2006.

### Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge

### January 4, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00099-01-JWS-JDR @53 MO Extending PTM Deadline.wpd