Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0099-JWS<br><br>NON-OPPOSED MOTION TO CHANGE BAIL CONDITIONS<br>*Filed on Shortened Time* |

　　　　Defendant, Jasmine Danielle Hollimon, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order removing the curfew restriction from Ms. Hollimon's bail conditions.  This motion is non-opposed by Federal Pretrial Services Officer Chris Liedike and Assistant United States Attorney Retta Rae Randall.

　　　　Presently, Ms. Hollimon is released on the condition that she reside at her mother's home and that she observe a curfew of between 10:00 p.m. and 8:00 a.m.  During her release, she has been providing UA samples at regular and frequent intervals, residing at her mother's house, observing weekly visits to the pretrial services office, and

maintaining virtual full-time employment at a coffee kiosk.  There have been occasions when her employer wished for her to be available earlier than the curfew, as well as occasions when Ms. Hollimon wished to continue with wholesome social activities past the 10:00 curfew.

Because of her excellent performance on bail release to date, Mr. Liedike has advised that he has no objection to removing the curfew altogether.  Ms. Hollimon would continue with UA sampling and testing, and continue to reside at her mother's residence, as well as comply with all other previously set conditions.

DATED this 17th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 17, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

and a copy was hand delivered to:

Chris Liedike, Probation Officer
United States Probation/Pretrial Services
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7562

/s/ Michael D. Dieni