UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0099-JWS<br><br>PROPOSED<br>ORDER MODIFYING<br>BAIL CONDITIONS |

　　　　After due consideration of defendant's motion to modify bail condition, for good cause shown, it is hereby ordered that the motion is granted. The curfew restriction on Jasmine Danielle Hollimon's bail as set is removed. All other conditions remain in place as previously set.

　　　　DATED this ____ day of _____, 2006 in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge