UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>                Defendant. | Case No. **3:05-cr-00099-01-JWS-JDR**<br><br>**ORDER MODIFYING<br>BAIL CONDITIONS**<br>**(Docket No. 99)** |

After due consideration of defendant's motion to modify bail condition, for good cause shown, it is hereby ordered that the motion is granted. The curfew restriction on Jasmine Danielle Hollimon's bail as set is removed. All other conditions remain in place as previously set.

DATED this 17th day of March, 2006 in Anchorage, Alaska.

      /s/ John D. Roberts
      JOHN D. ROBERTS
      United States Magistrate Judge