July 7, 2006

Dear Judge Sedwick;

    I am Jasmine Danielle Hollimon's mom. I was 19 years old when I gave birth to Jasmine and had been married just under a year. Jasmine's birth was the happiest moment in my life and I believe her father feels the same. That's all I ever wanted in life was to be married and have children. Jasmine has always been strong willed and very independent, but on the other hand she is also very loving and caring. Jasmine has always loved animals and wanted to grow up and be a veterinarian.

Things did not turn out the best for Jasmine's father and myself. We ended up getting divorced when Jasmine was 7 years old and I know that it was not an easy thing for any of us. I had moved to Anchorage from Kenai to try and find a job. I left my children with their father and his parents. My parents were not as close to me as Jasmine's father's parents were to him or me. I drove home to be with the children every weekend and stayed at my in-laws. During this time I suffered from depression and had to seek counseling. I know this had to affect Jasmine more than she let on, but she never showed it to others or me.

Jasmine's father remarried right away and things were not so good for her or her brother after that. I tired to get Jasmine and her brother to come and live with me in Anchorage, but I was not doing so well financially. I was renting a room from a girlfriend and only making $7.00 per hour. I did not know about Welfare or any of those things that would be able to help my children and I until much later. Jasmine came to live with me finally when she was 14 years old. I think Jasmine had been taking care of herself a lot of the time before I was able to get her. Jasmine was a typical teenager, we argued about normal things, like her going to school and or staying out to late with her friends, but I considered myself lucky. Jasmine grew out of that stage in less than a year and she started working and holding down one or two jobs at a time.

Jasmine has never forgotten a family member's Birthday or other important holidays and has always been very generous to her family and friends. Jasmine or myself had given each other a call at least once a day until she started taking prescription medications. I feel responsible because as a mother I should have known or recognized the difference in her. She did not call, as much and she seemed to be too busy to visit or talk with me. I wrote it up to be that she was just working really hard and had a lot of friends and was cutting the cord and growing up. When I did ask her if everything was okay she would tell me it was because she did not want me to worry. She was more worried that she would up set

me so she kept that part of her life a secret. I still get sad when I think I should have been there and helped her more.

Jasmine has turned a new leaf since all of that bad stuff. She is living at home with her stepfather, little brother and me. Jasmine and I talk now about the past and her future. We ride to work together in the mornings. We call each other a couple of times each day to see how things are going or just to say I love you. Jasmine works almost everyday and when she is able to be home around dinnertime she helps me out a lot. She cooks or helps clean up, since I have been unable to do a lot of the things I use to do for my family.
I was diagnosed with MS in January of this year so things have been very hard for everyone. Jasmine has been there through the good times and bad. I have to say that I am very proud of my daughter and her accomplishments. She has made a new start in her life and I know if she is given the chance she will go far and life will be good for her.

Thank-you for your time, I know you have a difficult decision to make and I hope you take what I have said into consideration. Jasmine is an important part of our life's and I know that she is very sorry for her actions and wants to make things right.

Sincerely,

*Cheryl Creighton*

Cheryl A. Creighton