Dear Judge Sedwick

My name is Adam Creasey, I am a life long Alaskan raised in Chugiak, went to Chugiak Elementary, graduated from Chugiak High in 1991. I am what you might call a typical Alaskan enjoying the outdoors and working hard, after spending 2005 traveling back and forth to the Middle East working for the Army I returned home and started my own welding business.

I met Jasmine in 1996 while she was working as a Barista at Kaladi Brothers on 36th and Old Seward Hwy, I was working as an auto technician at the Emission Test Center which is located next door, we soon became friends as she was driving a Junker car that always needed work and I always needed coffee. Jasmine was only sixteen at the time but she struck me as someone that was much more mature than your average teenager, being that I am eight years older than her I looked after her like she was my little sister helping her out when ever I could and only asking for a cup of coffee in return.

Jasmine has always been very active and outgoing, working out, rock climbing, camping, and many other types of activities including volunteering for the SPCA for a while. I have always known her to be a kind and honest person, who was always there for her friends and family.

As to her offence, I don't know many details being that I was out of the country so often last year and did not find out about it until April of 2006. She did tell me what she had done and admitted how guilty she feels for doing it, she also told me about the drugs she was doing and how they were taking over her life.

I have to say I am very proud of Jasmine for facing up to what she has done and for turning her life around almost totally by herself, living with the thought of spending time in prison and paying back a heavy restitution must be difficult, but yet she holds a steady job and is talking about going to culinary school and someday become a nutritionist and counselor for obese children.

I understand what Jasmine has done is very wrong and the consequences are significant, but I also believe if given a chance Jasmine will come out of this a changed person doing her best to put this chapter of her life behind her.

I hope you will take this letter and the letters of her other friends and family into careful consideration while deciding her fate, Jasmine is a good person and a great friend, I know she will face up to her punishment and pay her dues what ever they maybe and I will always be there to help.

Sincerely, Adam Creasey