Dear Judge Sedwick,

  My name is Lucas Hanks. I am the head security guard at the Sears Mall. I have worked at the mall since August 2005, and with Guardian Security for over two years. I have been happily married for over a year, and plan to have kids one day. I have lived in Alaska all my life, and lived in Wasilla for most of my youth.

I met Jasmine at the mall when she first started working in November 2005, at the coffee shop. We talk everyday about work and life. She always has positive thing to say about work, her family and friends. She is an up-going person and very considerate to all of her customers. I hear from her boss that she is an excellent employee and works hard everyday.

Jasmine is a very nice young lady and has told me of the goals she plans to accomplish in her life. She is a very motivated person. She is a good friend and always ready to listen, and is easy to talk to when you need the most. She taught me to eat healthier and gives me grief when I eat unhealthy foods. She cares a lot about the people around her and is not selfish in any way. She is always putting out a helping hand. She has pointed out three shop lifters while I was on duty, and I was able to catch them because of her.

Jasmine did tell me what she did before, and how she was in a bad time of her life. She repeatedly tells me how much she regrets the things she has done in the past. Over the year that I have known her, I have noticed that she wants to have a purpose in life and has convinced me that she is never going to go back to the way she once lived her life. To me she seems happy with the way that she is now living her life and I believe she will do well for herself one day.

Jasmine is always talking about her family and how she is worried about her mom. She tells me about how much she helps her family out. She cooks dinner for her family every night and brings me leftovers sometimes, she is an excellent cook. She talks about volunteering at the SPCA and how she loves and misses her dog in Texas. She also talks about her dad and brother in Texas and how she misses and cares about them too. She says that one day she hopes to move back down there so she can go to school. She also talks about going to school here so she can stay near her mom.

Overall, she is a very wonderful lady and the improvement that she has made in the last year since I have known her is excellent. She is motivated to do the right things in life and has taken charge of the responsibilities that she has to deal with now. I know that she will do what she can to better herself in life.

Sincerely,

Lucas Hanks