Khaleb P. Arellano
818 E.12
Anchorage, AK 99501
(907)-277-2837

Judge Sedwick,

      My name is Khaleb Arellano. I am a friend of Jasmine Hollimon. My purpose of this letter is to speak in behalf of Jasmine. I am not a significant person in Alaska. However, I do believe that my voice may be heard in this case against my friend. Jasmine was a good friend to me for a good four year's until she started to use pharmaceuticals in a "recreational" way. Rather than be a friend to her and say something to her about it I stopped associating with her all-together. I knew that what she was "on" was not healthy from a personal experience. An ex-girlfriend of mine was trying desperately to rid herself of the same habit. I knew the symptom's of this drug and could tell that Jasmine was not her "self."

  I had not spoken to Jasmine for about two and a half year's when by chance I ran into her at her place of employment. We started to hang out with each other on occasion and I could tell that she was still not rational. I could also tell that her behavior was due to something she felt regret over. She never told me what it was she had done but I could tell that she was not proud of it. Quite frankly sir I believe that people are responsible for there own action's. I also believe that an otherwise sensible mind can be driven to insensible actions due to consumption of chemicals whether narcotic or pharmaceutical. So Jasmine left for Texas and I figured I would never know her again.

  Then, I chanced on her AGAIN! This time though, she seemed a little more life-like. She was truly smiling at the world. I asked her what was new and she told me all about her legal problems. I had no idea what she had done. I still don't think her capable of something so wrong. I asked why she was still smiling and she told me it was because she was finally drug free. She looked it to. She honestly looked healthy. I am happy for her now.

  If you were to ask me if I thought that Jasmine should be held accountable for her crime…I would say she is responsible for the action's she chose only if, in fact, she did so "clear minded." The warning label's on all under the counter pain killer's clearly state that you should not "operate machinery…drink…ingest in a way not intended for…etc…" A sensible mind might read this label and say "hey, I shouldn't do this"…but what about the mind of the person who had already felt the drug and was clearly, as the label suggests, in a stupor? I am sure that a man of your intellect can weigh the pro's and con's on this subject indefinitely where the legal system is concerned so I will not try to bore you with my biased ravings.

  I will say that I would be willing to bet the moon, if it were mine to bet, that Jasmine would never do something like that again. She has asked me to write on her behalf because I have known her while sober, then addicted, then drug free. Though I lack any credential's I would stake my "career" on what I have writ. I hope that what I have stated on this paper will be used to help my friend in your pursuit for justice. I hope as well that

I was able to shed even just a sliver of insight regarding her state of mind when said crime was committed. I believe her state of mind is relevant to the case. Furthermore, as a friend, and a citizen as well, I would like to say that I would have no problem with the judicial system if they were to show Jasmine leniency in this matter. I have known her nearly ten year's of my life and I for one would feel sad if she had to do "hard time" because I have known hardened criminal's, and they only get harder. It would be a shame if she had to become like that because society would lose a good person. Thank you for taking the time to read my statement.

        Sincerely
        Khaleb P. Arellano

*[signature]* 11/02/06