Dear Judge Sedwick,

My name is Marisa Lynn Nance, I was born and raised in Anchorage, Alaska. I graduated from East High School, I attended the Northern Arizona University for my freshman year, and now I attend the University of Alaska Anchorage. I am currently working part time at both Caffe Elegante and Regis Hair Salon, in the Sears Mall. I started at the coffee shop working full time in July of 2005, but now just cover shifts, because of my school and my other job. I met Jasmine from working at the coffee shop, and through her cousin, Sarah. That is how Jasmine started working there, through her cousin.

Jasmine has strong work ethnics, she is always on time and working any shifts available, she is very dependable. In the time that I have been working with her and getting to know her, I have always had a lot of respect for her. She is a strong-willed individual. Outside of work, Jasmine has lots of other activities to keep herself busy; she loves to cook, I found myself wondering how she does it and why she doesn't work in a restaurant, she feeds me well. This last summer she was busy working on her garden and talked about it all the time. She even went as far as to take the plants from the coffee shop and bring them back to normal, they were miserable looking. She went camping a few times and loves to hike Flat Top. She invites me all the time, but I am busy, and I don't like to hike. In the winter she was always snowboarding with her cousin, they wanted me to go also, but it's not for me.

In the time that Jasmine has been my friend and co-worker she has also been volunteering at the S.P.C.A and random jobs at her mother's office, the Employment Office. I admire her motivation in so many ways. She has always been family orientated. She is always there for her mother, taking her to appointments and her brother to his friend's house for band practice. I know this because I have worked for her for an hour here and there so she could be there for here family. She surprises me almost everyday, she is always in a positive state of mind no matter what is bothering her, she seems to look at the brighter side of any situation.

She has talked about her past, and it seemed to be a troubled one, but she is past that negative part of her life. From getting to know Jasmine she has pre veiled and she is a lot more responsible these days. She is a great friend and I admire her strength and will power to do so many nice things for her friends and especially her family. I have no doubt in my mind that she has overcome the past drug use and is doing her best to do all that she can to make her life as positive as possible.

Thank you for taking the time to read my letter of reference,

*Marisa L. Nance*