Dear Judge Sedwick,

  My name is Alisha Melin. I am a student at UAA, in Junior Standing for a Bachelor of Science in Geology. I have been an Alaskan resident for 24 years. I am currently employed at Café Elegante, and have been working here for over 2 years now.

I met Jasmine about a month before she started working with me, as of November 2005. Since then, I have had the pleasure of being her co-worker, and her friend. I've always admired Jasmine's high work ethnic, and great customer service skills. She excels at what she does. Not only have I seen it to be her nature that she puts forth a great effort to be timely and courteous, but I believe she had overcome past obstacle and in that, is hopeful, positive, generous and willing to do what it takes to make her life a success.

Many times over the past year, I have witnessed Jasmine going through great lengths to help others around her. After finding out that her mother has MS, I saw her many times schedule things around her work hours to be able to help her, and facilitate a loving, sincere, and emotionally dependable relationship with her mother. Jasmine also talks about how she is a volunteer with the SPC, she would probably have all of those animals if she could. She always makes time to help out with anyone in need. I admire her motivation and kindness.

Jasmine talks about her past and always stresses about how she regrets the bad times in her past. I believe she is very focused on moving in the right direction and making the best for her future. She has talked about how badly she would like to go to school for teaching. I think that she will be successful in that career, for she is an easy going person and gets along with everyone she meets. She also talks about the outdoors and how much fun she has camping and snowboarding. Jasmine is moving in the right direction and I wish her the best, she is a great friend and I really enjoy working with her. She and I are the only 2 full time employees currently working at Café Elegante, out of the 5 employees that once worked here.

Sincerely,

*[signature]*

Alisha Melin