Dear Judge Sedwick,

My name is Jasmine D. Hollimon; I have lived in Alaska for almost 25 years. I grew up in Kenai Alaska and moved to Anchorage when I was 13, to live with my mother and brother. I lived in Texas with my father and brother Jeff for the summer and fall of 2005. I am currently working at Café Elegante in the Sears Mall as a barista. And at Summa Cum Latte at Alaska Pacific University. I have been working for both coffee shops since November 21, 2005. I love my jobs and I work very hard everyday. I always pick up extra shifts and I am always on time and only missed work one day.

I do plan on going to school; I would love to be a teacher one day, but under the circumstances my second choice is to study culinary arts. I do enjoy cooking and is probably a more realistic goal for me. I will pursue my teaching degree, but I will have a better chance at being a cook. I had enrolled myself at UAA, before I had gotten in trouble, but I moved to Texas. I want to go to UAA or the Le'Cordon Bleu Culinary Institute in Austin Texas, as soon as I can.

I spend most of my time at home with my mother and brother. Because I enjoy cooking so much, I do most of it at home for my family. My mother has currently discovered that she has MS, so she is limited to a lot of the house hold duties, and I help out as often as possible. My mother needs me more everyday, to help out with the household chores and with my younger brother. He is 15 and always needs a ride here and there. I also drive my mother to her doctor and physical therapy appointments. My step father works for the Alaska Railroad and is out of town during the week, so he is only home on the weekends.

I also volunteer at the SPCA; I love animals and help out as much as possible, by either walking dogs or spending time in the cat house. I also love snowboarding; I do it as much as possible in the winter, and have been doing it for the past 5 years. Other activities I enjoy are camping, bowling and going or renting movies.

I have never thought that I could see life the way that I see it now. I have been around drugs almost my whole life, or as long as I can remember. I did not give myself a chance to see life as clear as I do now. I am so much happier now that I have realized who I really am now. I use to be ugly and

selfish, and now I know that I am more caring, more responsible, and I have hope and goals for my future. I use to not care what was in the future for me and now I know the possibilities are almost endless. I have goals and plans and I am excited for my future. I just wish that I could have seen how badly drugs were ruining my life before it had to come to this. I truly believe that I will never do drugs again, for they have ruined my life.

I know that I made the biggest mistake of my life. I regret it everyday and I wish I could have gone down a different path, but I have no control over that now. What I do have control over is my future and I am doing everything in my power to make the best that I can. I have to live with this regret and pay for the crime I committed, for the rest of my life, and I am ready to do so. I am doing all that I can to help out and get through this. I keep my head and my hopes up, and keep a positive attitude all throughout my days. I know in my heart that I will get through this and I can move forward, and have a great life for myself as long as I keep trying and living the life I have now.
I owe it to myself, and to my family, to prove that I can be successful and happy. I just have to take it day by day, step by step and I know that I will succeed.

I have to ask that if possible, I would like to request that I could spend my sentencing time on home confinement, so that I can be there for my mother. She is having a very hard time in life, physically and mentally. She needs me there to help her around the house and deal with her debilitating disease. I am doing everything that I can to better my life, and I have done everything that the prosecutors have asked of me. I will do whatever it takes to help out in any way that I can, for I know what I did was wrong and unlawful and I want to make things right.

Thank you for your time,

*Jasmine Hollimon*

Jasmine D. Hollimon