

### Search Results For Informants

| S.No | Name | Occupation | Address | Country |
|------|------|------------|---------|---------|
| 51 | Joseph Andrew Lehman* | Real Estate sales, Powder Cocaine, Crack, Meth sales | Alabama - | USA |
| 52 | FELTON DENHAM | THUG/LOSER/SNITCH...CAUSED 19 PEOPLE TO GO TO PRISON!!! | ALABAMA - | USA |
| 53 | Thomas Hamilton* | Coke Dealer --DEA Informant | Alabama & lived in Florida (Brevard county area) - | |
| 54 | Jose Rivera Garcia* | snitch | Alabama but might be deported - | USA |
| 55 | Anthony Safford King* | Crack dealer - Dea Snitch | alabama Currently in Fed Prison @ FCC Coleman Florida | USA |
| 56 | Casey B Beverly* | Ecstacy Dealer/Informant | Alabama, Florida | USA |
| 57 | Julian Latham | snitch-rat-crackhead-bitch | alabama-35020 - 35020 | USA |
| 58 | corey dodge | snitch/rat | alaska - 99516 | USA |
| 59 | Rose Rigal | Bagger | Alaska - 99503 | USA |
| 60 | Kyle Dwiggans | Construction Worker/Cage Wrestler | Alaska - | USA |
| 61 | Hilary Jeanette Pattison* | theif and snitch | Alaska - | USA |
| 62 | Jasmine Danielle Hollimon* | Stolen goods . Snitch | Alaska - | USA |
| 63 | Leigh Gilburn* | YKHC , Physician / Informant | Alaska, Alabama - | USA |
| 64 | Jason Moskie* | Bum / Loser | Alberta - | Canada |
| 65 | LES SMOLLEY | thief | alberta - | Canada |
| 66 | MOHAMED ASAPH | Thief | alberta - | Canada |
| 67 | RAYMOND KELTS | Thief | alberta - | Canada |
| 68 | Darrell Danyluk* | was a natural gas trader for Enserco | Alberta - | Canada |
| 69 | Vernon Ross Ditto* | Rat Goof | Alberta - | Canada |
| 70 | Lena May | welfare? | Alberta - t5n1r6 | Canada |
| 71 | Argelys Matos-Volguez* | Snitch | also New York and Florida USA | DominicanRepublic |



### Informant Profile

+ **Back To Search Result**

**Informants Personal Information**

| | |
|---|---|
| First Name: | Jasmine Danielle |
| Last Name: | Hollimon |
| Also Known As (Aka): | |
| Gender: | Female |
| Age: | 0 |
| Country: | USA |
| State/Province: | Alaska |
| Town/City: | Anchorage area |
| Race: | |
| Occupation: | Stolen goods . Snitch |

**Agency this informant works for:**

| | |
|---|---|
| Agencies: | Local Police, State Police, DEA, FBI |

**Illegal activity committed by this informant:**

stolen coin conspiracy , she is now a federal snitch

**Facts that would question this informant's credibility:**

**Still involved in any illegal activity :**

**Documents regarding any promises, payments or inducements made to this informant by the government or police**

Document1

**My Contact Info**

| | |
|---|---|
| First Name: | larry |
| Last Name: | c |
| Email Address: | bearlakecondo@hotmail.com |
| My Attorneys Name: | |
| My Attorneys Address: | |
| My Attorneys Phone: | |
| My Attorneys Email: | |
| Accept Collect Calls: | No |
| Attorney Accept Collect Calls: | No |