MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>JASMINE DANIELLE HOLLIMON</u>   CASE NO. <u>3:05-cr-00099-01-JWS</u>
Defendant: <u>X</u> Present  <u>X</u> On Bond

BEFORE THE HONORABLE:          <u>JOHN W. SEDWICK</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:       <u>RETTA-RAE RANDALL</u>

DEFENDANT'S ATTORNEY:          <u>MICHAEL DIENI</u>

U.S.P.O.:                      <u>SCOTT KELLEY</u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD NOVEMBER 14, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing
     guidelines.

<u>X</u> Imprisonment for a period of <u>30 months. This term consists of 30 months on each of counts 1 and 5 of the First Superseding Indictment, all such terms to run concurrently.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>3</u> years under the usual terms and conditions with special conditions of supervised release as stated in the judgment. This term consists of 3 years on each of counts 1 and 5 of the First Superseding Indictment, all such terms to run concurrently.

<u>X</u> Special Assessment $<u>200.00</u>, due <u>immediately.</u>

<u>X</u> Restitution $<u>359,617.00</u>, to be paid to <u>Oxford Assaying & Refining. The restitution is imposed jointly and severally with that to be imposed upon co-defendants Sarah Rose Noble, case 3:05-cr-00099-02-JWS and Hilary Jeanette Pattison, case 3:05-cr-00099-03-JWS.</u>

CONTINUED ON PAGE 2

DATE:   <u>November 14, 2006</u>      DEPUTY CLERK'S INITIALS:   <u>ak</u>

```
                    CONTINUATION - PAGE 2
             U.S.A. vs. JASMINE DANIELLE HOLLIMON
                     3:05-cr-00099-01-JWS
                     IMPOSITION OF SENTENCE
                       November 14, 2006
```
-------------------------------------------------------------------

 X  Defendant shall remain on bond and report to the U.S. Marshal not later than **January 26, 2007** or self surrender before that date at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Officer.

 X  On motion of the U.S. Attorney, remaining counts 2, 3, and 4 of the First Superseding Indictment **DISMISSED.**

 X  OTHER: Court accepted Plea Agreement. Court and counsel heard re stipulation reached by parties re restitution and loss amounts. Court and counsel heard re presentence report; court amended presentence report to reflect correct restitution amount and court adopted the presentence report. Victim impact statement heard. Court recommended that the defendant participate in the 500 hour drug and alcohol program and that the defendant serve her time at the Prison Camp located in Dublin, California. Appeal rights given. Payment coupon given to defendant.

At 11:02 a.m. court adjourned.

DATE:    November 14, 2006         DEPUTY CLERK'S INITIALS:    ak