NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-CR-00099-01-JWS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | APPLICATION AND AFFIDAVIT FOR |
| ) | ISSUANCE OF WRIT OF EXECUTION |
| JASMINE D HOLLIMON, ) | ON PERMANENT FUND DIVIDEND |
| ) | |
| Defendant. ) | |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, RICHARD L. POMEROY, hereby state on oath:

1. Judgment for $359,817.00 was imposed on November 14, 2006, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against JASMINE D HOLLIMON as judgment debtor.

2. I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3. The judgment debtor was represented by counsel.

4. The judgment entered is not a default judgment.

    5.   ACCRUED since the entry of judgment are the following sums:

        $6,160.89 accrued interest, computed at 5.03%.

        $65.00    accrued costs.

    6.   CREDIT must be given for payments and partial satisfaction in the total amount of:

| | |
|---|---|
| $4,805.31 | which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of: |
| 7.  $361,237.58 | ACTUALLY DUE on April 9, 2007.  Of this total, $354,811.69 is the amount of the original judgment as entered, which still remains due and bears interest at 5.03% in the amount of $48.89 per day from this date. |

    8.   The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

    9.   The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

    10.  This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

U.S. vs. JASMINE D HOLLIMON
Case No.: 3:05CR-00099-01-JWS

2

DATED this 9th day of April, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

*Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

SUBSCRIBED AND SWORN TO before me this 9th day of April, 2007, at Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: 5/16/08

[Notary Seal: BRENDA C. BIRMINGHAM, NOTARY PUBLIC, STATE OF ALASKA]