IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )  No. 3:05-cr-00099-01-JWS
                        )
          Plaintiff,  )
                        )
     vs.               )  ORDER TO RELEASE PFD FUNDS
                        )
JASMINE D. HOLLIMON,      )
                        )
         Defendant.  )
                        )

     Plaintiff's motion to release the attached Permanent Fund Dividend is hereby GRANTED.

     The attached funds, in the amount of $1,652.00, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX as payment toward defendant's restitution.

     IT IS SO ORDERED.

DATED: <u>November 27, 2007</u>       <u>/s/ JOHN W. SEDWICK</u>
                                U.S. DISTRICT COURT JUDGE