_____
_____
(Name/Address/Phone)



RECEIVED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| USA , | NO. 3:05-cr-00099 JWS |
|---|---|
| ~~Petitioner~~, | |
| vs. | MOTION FOR APPOINTMENT OF COUNSEL |
| Jasmine D. Holliman | |
| ~~Defendant~~. | |

COMES NOW  Jasmine Danielle Holliman , and moves for the appointment of counsel.

Petitioner makes this request for the reasons that she/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this 27 day of November , 2007.

X Jasmine Holliman