M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0099-JWS-JDR<br><br>**ENTRY OF APPEARANCE** |

　　　　M. J. Haden, Assistant Federal Public Defender, enters her appearance as counsel for defendant in the above-captioned action, and requests that copies of all future court documents and correspondence be electronically served on her or sent to M. J. Haden, Assistant Federal Defender, 601 West Fifth Avenue, Suite 800, Anchorage, AK 99501.

///

///

///

DATED this 3rd day of January, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 3, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ M. J. Haden