Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>        Defendant. | Case No. 3:05-cr-0099-JWS-JDR<br><br>NOTICE OF REMOVAL FROM ELECTRONIC SERVICE |

      Defendant, Jasmine Danielle Hollimon, by and through counsel Michael Dieni, Assistant Federal Defender, hereby requests the court no longer electronically serve pleadings in the above-captioned case on Michael D. Dieni, Assistant Federal Defender, because M. J. Haden, Assistant Federal Defender, is the lead attorney in this matter.

///

///

///

DATED this 3rd day of January, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 3, 2008, a copy of the
foregoing document was served electronically on

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni