M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0099-JWS-JD<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR ENLARGEMENT OF TIME TO FILE BRIEF FOR 28 U.S.C. § 2255** |

　　　　Defendant, Jasmine Danielle Hollimon, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time for a one week continuance in which to file the opening brief in support of her § 2255 petition. This continuance is necessary because the parties are in the process of reaching a stipulated resolution as to the issues raised in Ms. Hollimon's petition. The parties need a few extra days to work out the details of the joint agreement. Thus, Ms. Hollimon asks that the deadline for the opening brief in support, currently set for January 28, 2007, be continued for one week.

Assistant United States Attorney Retta-Rae Randell is unopposed to this motion.

DATED this 28th day of January, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 28, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ M. J. Haden

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>        Defendant. | Case No. 3:05-cr-0099-JWS-JDR<br><br>**PROPOSED<br>ORDER EXTENDING TIME<br>TO FILE OPENING BRIEF** |

After due consideration of defendant's Unopposed Motion on Shortened Time for Enlargement of Time to File Brief for 28 U.S.C. § 2255, the court GRANTS the motion. Defendant's opening brief shall be due February 4, 2008.

DATED _____, 2008, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge