M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0099-JWS-JDR<br><br>**NOTICE OF LODGING PROPOSED ORDER RE DOCKET NO. 228** |

　　　　Defendant, Jasmine Danielle Hollimon, by and through counsel M. J. Haden, Assistant Federal Defender, hereby lodges with the court a Proposed Order Extending Time to File Opening Brief, which inadvertently was not filed with the underlying motion at Docket No. 228.  Counsel apologizes for any inconvenience this may have caused.

///

///

///

///

///

DATED this 29th day of January, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 29, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ M. J. Haden