UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>        Defendant. | Case No. 3:05-cr-0099-JWS-JDR<br><br>**PROPOSED<br>ORDER EXTENDING TIME<br>TO FILE OPENING BRIEF** |

        After due consideration of defendant's Unopposed Motion on Shortened Time for Enlargement of Time to File Brief for 28 U.S.C. § 2255, the court GRANTS the motion. Defendant's opening brief shall be due February 4, 2008.

        DATED _____, 2008, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge