M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>               Defendant. | Case No. 3:05-cr-0099-JWS-JDR<br><br>**APPLICATION FOR<br>WRIT OF HABEAS CORPUS**<br>**(Filed on Shortened Time)** |

Defendant, Jasmine Danielle Hollimon, by and through counsel, asks this court for an order directing that the clerk of court issue a Writ of Habeas Corpus to the United States Marshals Service to bring Jasmine Danielle Hollimon, Registration No. 15171-006, Geiger Correctional Center, Spokane, Washington, before this court on the 6th day of March, 2007 at 8:30 a.m.  Ms. Hollimon's presence in Anchorage is required because the court granted her 28 U.S.C. § 2255 petition and has scheduled a re-sentencing at that date and time.  Ms. Hollimon asks that the Marshals Service be directed to produce her at least a week before the scheduled hearing so that she will have a meaningful opportunity to consult with counsel.

This request is based upon the affidavit of counsel filed herewith.

DATED this 13th day of February, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 13, 2008, a copy of the
foregoing document, with attachments, was
served electronically on:

Retta-Rae Randall, Esq.

/s/ M. J. Haden