M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>    Defendant. | Case No. 3:05-cr-0099-JWS-JDR<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA   )
           ) ss.
THIRD JUDICIAL DISTRICT )

  M. J. Haden, being first duly sworn upon oath, deposes and states:

  1.  I am the attorney in the above-captioned case.

  2.  This court granted Ms. Hollimon's 28 U.S.C. § 2255 petition and has scheduled a re-sentencing hearing for March 6, 2008, at 8:30 a.m.

  3.  Fed. R. Crim. P. 43(a) requires that Ms. Hollimon be present for imposition of sentence.  Ms. Hollimon is an essential participant at the re-sentencing and

desires to be personally present with sufficient time to consult with counsel prior to the re-sentencing.

    4.    Ms. Hollimon presently is incarcerated at Geiger Correctional Center in Spokane, Washington. Her inmate registration number is 15171-006.

    5.    Accordingly, on Ms. Hollimon's behalf, I would respectfully request that this court issue a writ of habeas corpus directing that the United States Marshals Service transport Ms. Hollimon to Anchorage, Alaska on or before March 6, 2008, and that she be brought to the U.S. District Court in Anchorage on March 6, 2008 at 8:30 a.m. for re-sentencing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

SUBSCRIBED AND SWORN to before me this 13th day of February, 2008.

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2011

Certification:

I certify that on February 13, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ M. J. Haden