UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>        Defendant. | Case No. 3:05-cr-0099-JWS-JDR<br><br>**ORDER FOR ISSUANCE<br>OF WRIT OF HABEAS CORPUS** |

Upon petition of M. J. Haden, Assistant Federal Public Defender,

IT IS SO ORDERED that the Clerk of the Court is instructed to issue a Writ of Habeas Corpus to the United States Marshals Service to bring JASMINE DANIELLE HOLLIMON before this Court of the 6th day of March, 2008 at 8:30 a.m., so that she may attend the re-sentencing scheduled in the above styled matter, and, if necessary, following the completion of the court proceeding, to be returned to the custody of the Bureau of Prisons, Geiger Correctional Center, Spokane, Washington.

DATED February 15, 2008, in Anchorage, Alaska.


                                              /s/ JOHN W. SEDWICK<br>
                                              United States District Court Judge