Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0099-JWS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

　　　　Michael D. Dieni, Assistant Federal Defender, gives notice to the court of the substitution of counsel.  Michael D. Dieni will replace Assistant Federal Defender M.J. Haden as defendant's counsel in this case.  Please serve all future pleadings on Mr. Dieni, and terminate electronic service on Ms. Haden.

///

///

///

DATED this 28th day of February 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on February 28, 2008,
a copy of the **Notice of Substitution
of Counsel** was served electronically
on

Retta-Rae Randall, Esq.

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/ Michael D. Dieni