Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>                Defendant. | Case No. A05-0099 CR (JWS)<br><br>**DEFENDANT'S MOTION TO STRIKE GOVERNMENT'S LATE-FILED SECOND SUPPLEMENTAL SENTENCING MEMORANDUM,** *Filed on Shortened Time* |

       Defendant, Jasmine Danielle Hollimon, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order striking the government's second supplemental sentencing memorandum filed this date, March 5, 2008, the day before the re-sentencing date of March 6, 2008.  The government's sentencing memoranda is late-filed and was due on or before February 29, in accord with Local Rule 32.1(d).

       The defendant met the February 29 deadline.  The government also filed a short brief on that date.  The second brief appears to be a mostly responsive pleading, submitted in violation of the local rules.  In addition, the government's second supplemental

brief contains repetitious and unsubstantiated statements.  The attachments, if carefully read, do not substantiate the government's positions and are irrelevant to the issues presented.

At the time of this filing, it is unknown if Ms. Hollimon will need a continuance. Due to the late filing of the government's brief, she is unaware of its contents.  From undersigned counsel's viewpoint, it would appear that a continuance is unnecessary.  The attachments are irrelevant and have no real bearing on the issues.  The brief itself is repetitious bluster and does nothing to truly address the manner in which the government has double dealt Ms. Hollimon in the handling of the plea agreement.

In addition, the government's pleadings contain no proffer and the government has provided no notice as to the actual substance of any proposed testimony. In addition to striking the government's pleading, the court should preclude any testimony from any witness.

DATED this 5th day of March, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 5, 2008, a copy of the foregoing, with attachments, was served electronically on

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni