UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>   Defendant. | Case No. A05-0099 CR (JWS)<br><br>ORDER STRIKING SECOND SUPPLEMENTAL SENTENCING MEMORANDUM |

After due consideration of defendant's motion to strike government's late-filed second supplemental sentencing memorandum, filed on shortened time, the motion is GRANTED.

The government's second supplemental sentencing memorandum, filed March 5, 2008, is hereby stricken from the record.

DATED this ____ day of _____, 2008, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge