

RECEIVED
MAR 1 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASMINE DANIELLE HOLLIMON,<br><br>Defendant. | Case No. 3:05-cr-0099-JWS-JDR<br><br>**WRIT OF HABEAS CORPUS** |

The President of the United States of America to the Bureau of Prisons, Department of Corrections, and the United States Marshal, District of Alaska, or his duly authorized representatives.

GREETINGS:

We command that you have the body of JASMINE DANIELLE HOLLIMON by you imprisoned and detained as it is said under safe and secure conduct before the United States District Court presently sitting within the District of Alaska at Anchorage, Alaska, on or before March 6, 2008, for re-sentencing in a criminal action pending before the court for her testimony and such other proceedings as the court may desire, and to return her to Geiger Correctional Center, Spokane, Washington, if the court further orders, under safe and secure conduct and have you then and there this writ.

Witness the Honorable Judge of the United States District Court for the district of Alaska at the Federal Building in the city of Anchorage, Alaska on this __15__ day of February, 2008, at Anchorage, Alaska.

          IDA ROMACK
          Clerk of Court

    by    Signature Redacted
          Deputy Clerk

## U.S. MARSHALS RETURN

I do hearby certify that I received this Writ of Habeas Corpus Ad (Prosequendum)/Testificatum on __2/19/08__.
I hearby return this Writ of Habeas Corpus Ad (Prosequendum)/Testificandum unserved/(executed) dated this __03/07/2008__ at Anchorage, AK.

    RANDY M. JOHNSON, US Marshal

By: _____
    Criminal Program Specialist